Philadelphia Tax Review Board *v.* Sealtest Supplee Division of National Dairy Products Corp. et al., Appellants.

Argued June 14, 1968. *Gordon W. Gerber,* with him *Dechert, Price & Rhoads,* for appellants; *Levy Anderson,* First Deputy City Solicitor, with him *Frank J. Pfizenmayer,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellee.

Orders affirmed.


Ruth, Appellant, *v.* Monte Builders, Inc. et al.

Argued June 12, 1968. *Charles F. Quinn,* and *Sheer & Mazzocone,* for appellant; *Frederick L. Fuges,* with him *MacCoy, Evans & Lewis,* for appellees.

Order and judgment affirmed.